IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                      RESPONDENT

v.                                                    No. 1:12-cr-10011

TONY BROADNAX                                                                                          MOVANT

## ORDER

Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF No. 16. The Court has reviewed the Motion and finds the Government should respond.

**IT IS HEREBY ORDERED** that the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion within sixty (60) days of the date of this Order.

**IT IS FURTHER ORDERED** Movant's Motion to Appoint Counsel (ECF No. 15) is **GRANTED** and Federal Public Defender, Bruce D. Eddy, is hereby appointed to represent Movant with respect to any claim in the pending Motion to Vacate under 28 U.S.C. § 2255 based upon *Johnson vs. United States of America*. The appointment is limited to *Johnson* claims.

**ENTERED** this **22nd day of June 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE